In the Matter of the Claim of THOMAS LOWRY, against KEARNS ENGINEERING, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Submitted November 21, 1933; decided December 5, 1933.)

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for appellant.

*Jeremiah F. Connor* and *John H. Scully* for Massachusetts Bonding and Insurance Company, respondent.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.